440 A.2d 1244

Commonwealth v. Wilson, Appellant.

612

 Submitted May 26, 1981. Michael A. Seidman, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and McEWEN, JJ.

Judgment of sentence affirmed on the opinion of the court below.